# Schedule 1

3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL　＋８１－３―３３５３―３５２１
MAIL  abuse.flex.law.group@gmail.com
Attorney for TOHO Co., Ltd.

April 3, 2025

**<u>Via Email</u>**
X Corp.
Attn: Copyright Agent
1355 Market Street, Suite 900
San Francisco, CA 94103
Email: copyright@x.com

      *RE:*    *<u>NOTIFICATION OF COPYRIGHT INFRINGEMENT</u>*
               **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

    I represent Toho Co., Ltd., a Japanese corporation (hereinafter called "TOHO"), the owner of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

    It has recently come to TOHO's attention that certain users of your services have stolen visuals from TOHO 's unreleased video and posts them before they are officially released. More specifically identified under the column entitled "Infringing Account" in Exhibit A (referred to as the "Infringing Account"), corresponding to each of the Original Work identified in Exhibit A.

    TOHO has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

    We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work.  Specifically, we request that you remove or disable the Infringing Work from www.youtube.com and/or any of your system or services.

    We also request a written assurance that you have fully complied with our request.

   I declare that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

   Your immediate response will be appreciated.

          Very truly yours,

          Hiroyuki Nakajima
          Attorney at Law

          */s/ Hiroyuki Nakajima*

Extibit A

| | Title of Original Work | Original Work | Infringing Work | Infringing Account |
|---|---|---|---|---|
| 1 | The Apothecary Diaries | https://x.com/kusuriya_pr | https://x.com/shinobusdonutz/status/1907388412094537940 | https://x.com/i/user/1859694280304209920 |
| 2 | The Apothecary Diaries | https://x.com/kusuriya_pr | https://x.com/shinobusdonutz/status/1907389138585698398 | https://x.com/i/user/1859694280304209920 |
| 3 | The Apothecary Diaries | https://x.com/kusuriya_pr | https://x.com/animespostt_/status/1902689297569841171 | https://x.com/i/user/1345335120409075713 |

EXHIBIT A

1 of 1